UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JENNIFER CLARK,

Plaintiff,

-against-

HOST SERVICES OF NEW YORK, INC.,

Defendant.

------------------------------------------------------------X

No. 1:15-cv-01282-FB-JO

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed, by and between Plaintiff JENNIFER CLARK and Defendant HOST SERVICES OF NEW YORK, INC. that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter, shall be, and hereby is dismissed in its entirety without prejudice, with each party to bear her/its own attorney's fees and costs.

Dated: September 29, 2015

/s/ Seth R. Lesser
Seth R. Lesser
Jeffrey A. Klafter
Fran L. Rudich
Michael H. Reed
KLAFTER, OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: (914) 934-9200
Facsimile: (914) 934-9220
seth@klafterolsen.com
jeff@klafterolsen.com
fran@klafterolsen.com
michael.reed@klafterolsen.com

Bradley I. Berger
BERGER & ASSOCIATES
321 Broadway
New York, New York 10007
Telephone: (212) 571-1900

bradberger29@gmail.com

**ATTORNEYS FOR PLAINTIFFS**

Dated: September 29, 2015

/s/ Patrick M. Muldowney____________
Patrick M. Muldowney (2198265)
BAKER & HOSTETLER LLP
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168
pmuldowney@bakerlaw.com

*Of Counsel*:

Gregory V. Mersol
Jeffrey R. Vlasek
BAKER & HOSTETLER LLP
3200 PNC Center
1900 East Ninth Street
Cleveland, OH 44114-3485
Telephone: 216. 621.0200
Facsimile: 216.696.0740
gmersol@bakerlaw.com
jvlasek@bakerlaw.com

Margaret Rosenthal
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
mrosenthal@bakerlaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Seth R. Lesser
Seth R. Lesser